N. Douglas Grimwood, No. 003414
Helen Perry Grimwood, No. 006355
The Grimwood Law Firm plc
301 East Bethany Home Road
Suite A-205
Phoenix, Arizona 85012-1269
(602) 265-4995
ndg@grimwoodlaw.com
hpg@grimwoodlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Donald Awerkamp, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Cause No.  CIV 10-00174 TUC JMR |
| v. | ) ) | |
| Raven, Clancy & McDonagh P.C. Profit Sharing and Savings Plan, | ) ) | **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)** |
| Defendant. | ) ) ) ) ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above captioned matter.

DATED this 5th day of August 2010.

THE GRIMWOOD LAW FIRM plc


By  /s/ N. Douglas Grimwood
    N. Douglas Grimwood
    Helen Perry Grimwood
    301 East Bethany Home Road
    Suite A-205
    Phoenix, Arizona 85012-1269
    (602) 265-4995

    Attorneys for Plaintiff

1

ORIGINAL electronically filed this 5th day of August 2010, with:

Mr. Richard H. Weare
Clerk of the Court
U. S. District Court
Sandra Day O'Connor U. S. Courthouse
401 West Washington Street, SPC 1
Suite 130
Phoenix, Arizona 85003-2118


 /s/ Gaynell Carpenter